1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, suing on behalf of member Bradford,<br><br>Plaintiff,<br><br>v.<br><br>2498 MARKET ST SAN DIEGO CA 92102-2931; LINDA L GREENBERG, Trustee; RONALD E AND LINDA L GREENBERG TRUST; ADABERTOS MEXICAN FOOD; JOB DAVILA; DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Civil No.   06-cv-2528-LAB-POR<br><br><br>**ORDER SCHEDULING EVIDENTIARY HEARING AND SETTLEMENT DISPOSITION CONFERENCE** |
|---|---|

On March 12, 2007, the Court held an Early Neutral Evaluation conference in this case. Theodore Pinnock appeared on behalf of Plaintiff; Knut Johnson appeared on behalf of Defendants. At the Early Neutral Evaluation Conference, the case settled.  Counsel for Defendants represented that Defendants will move for a determination that some modifications not addressed by the parties' settlement agreement are not "readily achievable." The parties and their counsel have consented to have Magistrate Judge Louisa S. Porter conduct a proceeding considering that motion and all further proceedings in this case.  In anticipation of the Honorable Larry Alan Burns' approval of that consent to jurisdiction, IT IS HEREBY ORDERED:

  1. Defendants shall file their Motion for a determination that modifications are not "readily achievable" on or before **March 29, 2007**.

|   |   |   |
|---|---|---|
| 1 | 2. | Plaintiff shall file an Opposition to the motion, if any, on or before **April 9, 2007**. |
| 2 | 3. | Defendants shall file their Response, if any, on or before **April 11, 2007**. |
| 3 | 4. | An evidentiary hearing shall be held to consider Defendants' motion on **April 12, 2007** at **2:00 p.m**.  The motion shall be deemed submitted on the papers at that time.  No appearances are required at the evidentiary hearing. |
| 6 | 5. | A Joint Motion for Dismissal shall be submitted to the Honorable Louisa S. Porter on or before **April 20, 2007.** |
| 8 | 6. | If a Joint Motion for Dismissal is not submitted on or before April 20, 2007, then a Settlement Disposition Conference shall be held on **April 23, 2007** at **9:30 a.m.** before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Plaintiff's counsel shall initiate and coordinate the conference call. |
| 12 | 3. | If a Joint Motion for Dismissal is received on or before April 20, 2007, the Settlement Disposition Conference shall be VACATED without further court order. |

DATED: March 13, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:		The Honorable Larry Alan Burns

		all parties