1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, suing on behalf of member Bradford,<br><br>Plaintiff,<br><br>v.<br><br>2498 MARKET ST SAN DIEGO CA 92102-2931; LINDA L GREENBERG, Trustee; RONALD E AND LINDA L GREENBERG TRUST; ADABERTOS MEXICAN FOOD; JOB DAVILA; DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Civil No.  06-cv-2528-LAB-POR<br><br><br>**ORDER VACATING EVIDENTIARY HEARING [Docket # 5]** |
|---|---|

By Order dated March 13, 2007 the Court ordered that an evidentiary hearing would be held on April 12, 2007 at 2:00 p.m. to consider a motion by Defendants for a determination that modifications requested by Plaintiff are not "readily achievable." The Court's Order set out a briefing schedule for the motion and stated that Defendants should file their motion on or before March 29, 2007. To date, no motion for such a determination has been filed in this case. Therefore, the Court hereby VACATES the evidentiary hearing set for April 12, 2007 at 2:00 p.m.

If Defendants intend to pursue an evidentiary hearing on whether modifications are "readily achievable," the parties shall file a joint motion requesting that the Court set a new briefing schedule and hearing date. The parties are cautioned that if a Joint Motion for Dismissal is signed by this Court, the Court may lose jurisdiction to make factual findings whether modifications not addressed

1 | by the parties' settlement agreement are "readily achievable."

2 |     IT IS SO ORDERED.

4 | DATED:  April 17, 2007

                          _____
                          LOUISA S PORTER
                          United States Magistrate Judge

8 | cc:       The Honorable Larry Alan Burns

9 |            All parties