UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, suing on behalf of member Bradford,<br><br>Plaintiff,<br><br>v.<br><br>2498 MARKET ST SAN DIEGO CA 92102-2931; LINDA L GREENBERG, Trustee; RONALD E AND LINDA L GREENBERG TRUST; ADABERTOS MEXICAN FOOD; JOB DAVILA; DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Civil No.   06-cv-2528-LAB-POR<br><br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND OF PLAINTIFF'S COMPLAINT IN IT ENTIRETY** |

Pursuant to the Joint Motion brought by Plaintiff Triple AAA Association for Children with Developmental Disabilities and Defendants 2498 Market Street, Linda L. Greenberg, Ronald E. and Linda L. Greenberg Trust, Adabertos Mexican Food, and Job Davila; IT IS HEREBY ORDERED that all Defendants are DISMISSED with prejudice from Plaintiff's Complaint.  IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED with prejudice in its entirety.

IT IS SO ORDERED.

DATED: May 1, 2007

_____
LOUISA S PORTER
United States Magistrate Judge